United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER FARNSWORTH, | Case No.  24-cv-06893-AMO |
| Plaintiff, | |
| v. | **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| META PLATFORMS, INC., | |
| Defendant. | |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby **REFERRED** to the Honorable Vince Chhabria for consideration of whether the case is related to *Kadrey et al v. Meta Platforms, Inc.*, Case No. 3:23-cv-03417-VC.

**IT IS SO ORDERED.**

Dated: October 3, 2024

_____

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**